### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                )<br>          Plaintiff,                              )<br>                                                                )<br>vs.                                                         )          Case No. 23-CR-20048-HLT<br>                                                                )<br>JOSE ANTONIO HEREDIA-CHANG, )<br>NOEL RIOS-SALAZAR,                        )<br>JESUS VILLAVERDE,                            )<br>JOSE CERVANTES-VALENZUENA,    )<br>MARTINA CARMONA,                         )<br>APRIL PARKS,                                        )<br>JEREMY YOAKUM,                              )<br>GENELLE GLACKIN,                            )<br>KELLY GRAY,                                       )<br>MARNIE LYNN,                                    )<br>CHRIS MARTENS,                                )<br>JOEL RODRIGUEZ,                              )<br>ROBERT RILEY,                                   )<br>SAMUEL VANALST.                            )<br>                                                                )<br>          Defendants.                            )  | |

### UNOPPOSED MOTION TO JOIN CO-DEFENDANT DEMOTTE'S MOTION AND CONTINUE STATUS CONFERENCE

COMES NOW Defendant Kelly Gray, by appointed counsel, Angela Keck of Angela Keck Law Offices, LLC, and moves the Court to join with Mr. Bath's motion filed for Dawn DeMotte, to continue the status conference currently set in this matter on April 1, 2025 at 9:00 a.m., to June 17 at 9:00 a.m. with the other codefendant's in this matter.  Counsel for the Government, Faiza Alhambra, does not object to this request.  Counsel for co-defendants, Jose Antonio Heredia-Chang by Grant Wille, Noel Rios-Salazar by David Guastello,  Jesus Villaverde by Jane Francis, Jose Cervantes-Valenzuena  by Lisa Nouri, Martina Carmona by Keith O'Connor, April Parks by Forrest Lowry, Jeremy Yoakum by Branden Smith, Genelle

Glackin by Sarah Hess, Marnie Lynn by Kenneth Hensley & Nick Bush, Chris Martens by Jason Hoffman, Joel Rodriguez by Bruce Kips, Robert Riley by Jonathan Truesdale and Samuel Vanalst by John Kerns, also join in Ms. Gray's request to continue to the June 17, 2024 at 9:00 a.m. status conference with the other codefendants in this matter.  In support of this motion, Ms. Gray states as follows:

1. Defense Counsel have received six rounds of discovery in this matter and need more time to review the discovery and meet with their clients regarding the discovery.  This case has been designated as complex case by the Court.

2. Government counsel, Faiza Alhambra, has no objection to this continuance request.

3. Counsel has informed Ms. Gray of this request for a continuance to a scheduling conference on June 17, 2025 at 9:00 a.m., and has advised Ms. Gray of her rights under the Speedy Trial Act.  Ms. Gray agrees with her counsel's  request for a continuance of the April 1, 2025 status conference, and does not object to the tolling of her speedy trial time during this period. Mr. Gray understands that this time will not count in her speedy trial deadline, and she agrees that this continuance serves her best interests.

4. Co-counsel for the other defendants named above have requested to join into this motion to continue.  Counsel for Ms. Gray has been advised by the attorneys in the cases that they have discussed the same statutory speedy trial deadlines with their respective clients, who have also agreed that the requested continuance is in their best interests and that the speedy trial time from April 1, 2025 to June 17, 2025 will be tolled and not count against the Government for speedy trial purposes.

5. All joined co-counsel and respective defendants agree that this continuance also outweighs the best interest of the public and the defendant in a speedy trial, as set out in

18 U.S.C. § 3161(h)(7).  Although delay resulting from a continuance granted by the district court is not automatically excluded from the Speedy Trial Act's 70-day limit under 18 U.S.C. § 3161(h)(1), subsection (h)(7) provided "much of the Act's flexibility," *Zedner v. United States*, 547 U.S. 489, 498 (2009), and gives district courts "discretion … to accommodate limited delays for case-specific needs."  *Id*. at 499.

## CONCLUSION

For these reasons, the codefendants joining in this motion request a continuance of the status conference set for April 1, 2025 at 9:00 a.m., to June 17, 2025 at 9:00 a.m., and agrees that the time from the date of this motion until the next hearing is excludable as provided by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

Respectfully submitted,
Angela Keck law offices, llc
/s/ANGELA KECK
DATED:  3-26-25
Angela R. Keck, Kansas Bar No. 18514
8101 College Blvd. , Suite 100
Overland Park, KS 66210
Telephone: 913.782.9720
Facsimile: 888.823.4007
Attorney for Defendant Gray

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system for electronic delivery to all counsel of record.

/s/ Angela Keck
*Attorney for Defendant*